**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

CHAMBERS OF
CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-3220
Fax (410) 962-6836

November 15, 2021

MEMORANDUM TO COUNSEL

Re: *Harold B. Morley v. Scott Raymond Wagner, et al.*
Civil Action No. CCB-21-2694

Dear Counsel:

The defendants' answer asserts that Scott Wagner is a resident of Maryland, which presumably would defeat diversity jurisdiction. Please confer and give me your positions on this issue by November 29, 2021.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Sincerely yours,

/S/

Catherine C. Blake
United States District Judge